UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIETTA MINE, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>A.M. KING INDUSTRIES, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:21-CV-00711-JAM-JDP<br><br>ORDER PERMITTING AND ORDERING WITHDRAWAL OF DEFENDANT'S LOCAL PHOENIX, ARIZONA COUNSEL |

GOOD CAUSE APPEARING from the stipulation herein and the transfer of this matter from District Court in Arizona,

It is hereby ordered that the lawfirm of Jones Skelton & Hochuli, PLC of 40 North Central Avenue, Suite 2700, Phoenix, Arizona 85004 and particularly Erik John Stone, Arizona SNN 02780, shall be permitted to withdraw, and are excused from all further activities in this case forthwith.

DATED: June 16, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE