FENNEMORE DOWLING AARON LLP
G. Andrew Slater (CA Bar No. 238126)
8080 N. Palm Avenue, Third Floor
Fresno, California 93711
Telephone: (559) 432-4500
Email: aslater@fennemorelaw.com

FENNEMORE CRAIG, P.C.
Douglas C. Northup (AZ Bar No. 013987)
Brett C. Gilmore (AZ Bar No. 034598)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: dnorthup@fennemorelaw.com
Email: bgilmore@fennemorelaw.com

*Attorneys for Plaintiff*
*Henrietta Mine, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Henrietta Mine, LLC, an Arizona limited liability company, | Case No. 2:21-cv-00711-JAM-JDP |
| Plaintiff, | **ORDER** |
| v. | |
| A. M. King Industries, Inc., a Nevada corporation, | |
| Defendant. | |

Having reviewed the Parties' Stipulation to File First Amended Complaint (the "Stipulation"), and good cause appearing,

**IT IS ORDERED** granting Plaintiff Henrietta Mine, LLC ("Henrietta") leave to file the First Amended Complaint attached to the Stipulation as Exhibit 1. Plaintiff shall file its First Amended Complaint as a stand-alone entry on the court's docket forthwith.

/ / / /

/ / / /

/ / / /

1 **IT IS FURTHER ORDERED** that, upon filing, Henrietta shall serve the First Amended Complaint on all parties in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

. . .

DATED this 29th day of March, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE