## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HENRIETTA MINE LLC,**

CASE NO: **2:21–CV–00711–JAM–JDP**

v.

**A M KING INDUSTRIES, INC,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/1/2022**

**Keith Holland**
Clerk of Court

ENTERED: **November 1, 2022**

by: /s/ G. Michel
Deputy Clerk