FENNEMORE DOWLING AARON
Donald R. Fischbach (CA Bar No. 53522)
8080 N. Palm Avenue, Third Floor
Fresno, California 93711
Telephone: (559) 432-4500
Email: dfischbach@fennemorelaw.com

FENNEMORE CRAIG, P.C.
Douglas C. Northup (AZ Bar No. 013987)
Brett C. Gilmore (AZ Bar No. 034598)
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: dnorthup@fennemorelaw.com
Email: bgilmore@fennemorelaw.com

*Attorneys for Plaintiff*
*Henrietta Mine, LLC*

DAVID E. R. WOOLLEY (CA Bar No. 58686)
Attorney at Law
522 South Sepulveda Boulevard, Suite 200
Los Angeles, California 90049-3538
Telephone: (424) 239-0880
Email: dwoolley@lawyer.com
*Attorney for Defendant*
*A.M. King Industries, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Henrietta Mine, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>A. M. King Industries, Inc., a Nevada corporation,<br><br>Defendant. | Case No. 2:21-cv-00711-JAM-JDP<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Henrietta Mine LLC ("Henrietta") and Defendant A.M. King Industries Inc. ("King"), through counsel, submit this Notice of Settlement. Henrietta and King have agreed to settlement terms that resolve all remaining issues and avoid any appeals in the above-captioned matter. The parties are in the process of documenting their settlement and

will notify the Court when that has happened, which they anticipate will occur by November 30, 2022.

DATED: November 18, 2022.

FENNEMORE CRAIG, P.C.

By: /s/ Brett C. Gilmore
    Douglas C. Northup
    Brett C. Gilmore
    *Attorneys for Plaintiff*
    *Henrietta Mine, LLC*

By: */s/ David E.R. Woolley (with permission)*
    David E.R. Woolley
    *Attorney for Defendant*
    *A.M. King Industries, Inc.*

FENNEMORE DOWLING AARON

By: /s/ Donald R. Fischbach
    Donald R. Fischbach
    *Attorneys for Plaintiff*
    *Henrietta Mine, LLC*